# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,      Case No. 3:17MJ0220

    -vs-      Magistrate Judge Sharon L. Ovington

TERRANCE McQUEEN,

    Defendant.

---

## BINDOVER ORDER

---

This matter was set for preliminary examination on June 2, 2017. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

June 5, 2017             s/ Sharon L. Ovington
                                                        Sharon L. Ovington
                                         United States Magistrate Judge